UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

Theatrical Drivers and Helpers Local Union No. 817
International Brotherhood of Teamsters,

                Plaintiff,

-against-                                          21 **CIVIL** 1755 (AJN)(SLC)

## **JUDGMENT**

BNM Production Services, Inc.,

                Defendant.

------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated February 28, 2022, the Report & Recommendation is adopted in its entirety and Plaintiff's motion is GRANTED against Defendant. Judgment is entered in favor of Plaintiff and against Defendant in the total amount of $39,112.82, allocated as follows: 1. The sum of $4,034.00 in lost salary, meals, and rentals to Jesse Davidson and $1,419.65 to the MPIPHP on his behalf, plus post-judgment interest as required by 28 U.S.C. § 1961(a); 2. The sum of $3,792.00 in lost salary, meals, and rentals, to Jennifer Sonnenfeld and $532.37 to the MPHIPHP on her behalf, plus post-judgment interest; 3. The sum of $20,000 in lost salary to Susan Shopmaker and $4,365.20 to the MHPIPHP on her behalf, plus post-judgment interest; 4. The sum of $3,000 in lost salary to Emily Fleisher and $1,694.60 to the MHPIPHP on her behalf, plus post-judgment interest; and 5. The sum of $275.00 to Local 817 reflecting the arbitrator's administrative fee; accordingly, the case is closed.

**Dated:** New York, New York

      March 1, 2022

                                                                **RUBY J. KRAJICK**

                                                                **Clerk of Court**

                                        **BY:**   *K. Mango*

                                                                 **Deputy Clerk**